IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

KENDRICK J. HILLS JR.

Case No. 1:25cr14-AW

STATEMENT OF FACTS

The Defendant agrees to the following facts and admits that, if this case were to proceed to trial, the Government could prove them beyond a reasonable doubt.

On March 12, 2025, an Alachua County Sheriff's Office (ACSO) deputy conducted a traffic stop on a Jeep for multiple traffic violations. The Defendant was the driver and sole occupant of the vehicle. The deputy could smell the odor of green marijuana coming from the Defendant's person. A second deputy observed what he believed to be marijuana "shake" and a Glock handgun inside the vehicle, and walked a trained canine around the vehicle, receiving a positive alert.

During a search of the vehicle, officers located an unholstered Glock 19 9-millimeter pistol on the driver's floorboard, which had previously been reported stolen. Under the driver's seat officers found an unholstered Glock 23 .40 caliber pistol with an extended, 22-round magazine. A red backpack was found in the back compartment of the Jeep, which contained approximately ¾ pound of marijuana,

Filed in Open Court
11-18-25
Clerk, U.S. District Court
Northern District of Florida

packaged into 13 separate baggies. A digital scale, baggies with marijuana residue, and clean, empty Ziploc bags that had not yet been used, were also found.

On the Defendant's person, officers found $9235 in United States currency.

Fingerprint analysis of the two Glock firearms revealed latent prints on the Glock 19 which matched the right ring- and right middle-finger of the Defendant.

Officers obtained a state search warrant for the Defendant's cellphone, which was found to contain evidence of drug-trafficking, including text messages arranging drug-transactions as well as photos and videos of the Defendant with bags of marijuana, firearms, and large amounts of cash.

The Defendant was knowingly in possession of the marijuana and firearms found in the Jeep. The Defendant intended to distribute the marijuana. The Defendant possessed the firearms to protect himself, including protecting himself from the risk of drug-related robberies.

**Forfeiture**

The Defendant agrees to forfeiture of the following items:

- CATS ID 25-DEA-723277: a Glock 23 .40 caliber pistol with magazine, laser sight, and ammunition

- CATS ID 25-DEA-723280: a Glock 19 9-millimeter pistol with magazine and ammunition

2

which he agrees were involved in the commission of Count Two.

## ELEMENTS

**Count 1: Controlled Substances—Possession with Intent to Distribute**, PJI O98
    (1)    the Defendant knowingly possessed marijuana; and
    (2)    the Defendant intended to distribute the marijuana.

**Count 2:**    **Carrying a Firearm During a Drug-Trafficking Crime**, PJI O35.2
    (1)    that the Defendant committed the drug trafficking crime charged in Count 1 of the indictment; and
    (2)    that during and in relation to that crime the Defendant knowingly carried a firearm, as charged in the indictment.

_____
DARREN JOHNSON
Attorney for Defendant

_____
KENDRICK J. HILLS JR.
Defendant

11/18/2025
_____
Date

JOHN P. HEEKIN
United States Attorney

_____
ADAM HAPNER
Assistant United States Attorney

11/18/25
_____
Date